UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CINTAS CORPORATION,
a Washington Corporation,

      Petitioner,

    v.                                  Case No. 06-C-0303

NATHAN J. ANDREE, DAVID BOHN,
THOMAS NILE DOLLHOPF, ALVIN
DOMPKE, SEAN EATON, RANDOLPH
FAST, JOSEPH HEANEY, ROBERT
KLEMENT, JOSHUA KRUEGER,
GEOFFRY LIPPOLD, LEONARDAS
MEKIONIS, DONALD M. PIRKEY,
ANTHONY RICHARDS, CHARLES
RUTA, and SARAH R. ZYGARLICKE,

      Respondents.

**ORDER RE: (1) SERVICE OF PROCESS, AND (2) STAYING FURTHER PROCEEDINGS PENDING DECISION ON MOTION BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER AND CONSOLIDATE UNDER 28 U.S.C. §1407**

Counsel for the above-named parties entered into a Stipulation Regarding (1) Service of Process, and (2) Staying Further Proceedings Pending Decision on Motion Before the Judicial Panel on Multidistrict Litigation to Transfer and Consolidate Under 28 U.S.C. § 1407. Pursuant to the Stipulation of the parties, dated May 12, 2006, the Court hereby enters the following:

**ORDER**

IT IS HEREBY ORDERED THAT:

1

No part of this Stipulation and Order is effective unless the Court accepts every part of it as written, by entering the Order as set forth herein.

Upon the effective date of this Stipulation and Order and delivery to one of Respondents undersigned counsel of all documents required to be served upon Respondents in connection with this Petition proceeding (which delivery may occur either before or after the effective date of this Stipulation and Order), service of the Summons issued by this Court in connection with this Petition proceeding and service of the Petition and all other documents required to be served upon Respondents in this proceeding as of the date the undersigned counsel signed this Stipulation and Order are deemed complete by virtue of the acceptance by Respondents undersigned counsel of service on their behalf, pursuant to Fed. R. Civ. P. 4(e)(2), which acceptance is hereby acknowledged. Entry of the Order by the Court on this Stipulation and Order shall constitute the Proof of Service as to each Respondent as to whom Cintas has not already filed a Proof of Service.

By no later than the effective date of this Stipulation and Order, Cintas will cease efforts to serve process directly upon Respondents in this Petition proceeding.

From the effective date of this Stipulation and Order, this Petition proceeding shall be stayed, except as otherwise provided in this Stipulation and Order, until 30 days after the JPML issues its decision on the pending MDL Motion; provided, however, that if the MDL Motion is granted, nothing herein shall operate as any stay in any transferee Court to which this Petition proceeding may be transferred by order of the JPML.

The stay issued pursuant to this Stipulation and Order does not apply to the filing and entry of any Request for Dismissal as to any Respondent, so that if a resolution of claims occurs as between Cintas and a Respondent, the entry of dismissal of such a Respondent from this Petition proceeding will not be stayed.

6. This Stipulation and Order may be executed in separate counterparts by each of the parties hereto, and such executed counterparts may be exchanged by facsimile or electronically, but all such counterparts taken together shall form but one and the same Stipulation and Order.

7. The date that this Stipulation and Order shall become effective is the date the Order on it is entered by the Court and filed on the Court's electronic filing system.


Dated: May 26, 2006  /s_____

Honorable Lynn S. Adelman

United States District Judge